IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| ERASMO REYES, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. V-03-128 |
| EZCORP, INC. AND TEXAS EZPAWN, L.P., | § § § | JURY TRIAL DEMANDED |
| Defendants. | § § § | COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

## ORDER

On this day, came on for consideration Plaintiff's Notice of Voluntary Dismissal of EZCorp, Inc. Without Prejudice, in the above-referenced cause of action. Upon review of said Motion, the Court is of the opinion that the Motion should be granted. It is therefore:

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Erasmo Reyes', individually and on behalf of all others similarly situated, claims against EZCorp, Inc are hereby voluntarily dismissed without prejudice.

SIGNED this the _1st_ day of _November_ 2005.

_____
JUDGE PRESIDING