IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| ERASMO REYES, | § | |
| Plaintiff. | § § § | |
| vs. | § § | NO. V-03-128 |
| TEXAS EZPAWN, L.P., | § § | JURY TRIAL |
| Defendant. | § § | |

## FINAL JUDGMENT

On November 7, 2007, the Court called this case for trial. The parties appeared in person and through counsel and announced readiness for trial. The Court impaneled and swore the jury, which heard the evidence and arguments of counsel. The Court submitted a question, definitions, and instructions to the jury. In response the jury made findings that the Court received, filed, and entered of record. The Court, having considered the defendant's Motion for Entry of Judgment, renders judgment for the defendant. THEREFORE, the Court orders:

1. That the plaintiff, Erasmo Reyes, take nothing by his suit and that defendant, Texas EZPAWN, L.P., recover its costs of court from the plaintiff.

2. That the defendant properly classified the plaintiff as an exempt employee under the administrative exemption to the Fair Labor Standards act.

3. The Court denies all relief not granted in this judgment.

4. This is a FINAL JUDGMENT.

SIGNED this the 16th day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM & SUBSTANCE:

*/s/ Kerry E Notestine*
Kerry E Notestine
Attorney for Defendant


APPROVED AS TO FORM ONLY:

*/s/ Michael Josephson (w/permission)*
Michael Josephson
Attorney for Plaintiff
Firmwide:83588015.1 036759.1003